David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA 93721
Telephone: (559) 495-1558
Facsimile: (559) 495-1004
davidbalakian@sbcglobal.net

Attorney for Defendant, PHILLIP ANTHONY PETERSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP ANTHONY PETERSON,<br><br>　　　　　　　　　　Defendant. | CASE NO. 1:18-CR-00074 LJO SKO<br><br>STIPULATION AND PROPOSED ORDER ALLOWING DEFENDANT TO RETRIEVE HIS PASSPORT AND TRAVEL OUTSIDE THE UNITED STATES |

IT IS HEREBY STIPULATED that Phillip Peterson, defendant in this matter, shall post a cash bond of $10,000.00 with the United States Clerk, and be allowed to retrieve his passport on November 1, 2018, and travel to Thailand from November 12, 2018 to December 12, 2018. Defendant shall return his passport to the Clerk's office by December 18, 2018. After defendant surrenders his passport, the cash bond shall be returned to the defendant.

Dated: October 18, 2018　　　　　/s/ DAVID BALAKIAN
　　　　　　　　　　　　　　　　David Balakian


Dated: October 18, 2018　　　　　 /s/ MELANIE L. ALSWORTH
　　　　　　　　　　　　　　　　Melanie L. Alsworth,
　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　Stipulation has been agreed to by Ms. Alsworth

ORDER

IT IS SO ORDERED.

Dated:     **October 19, 2018**                    /s/ *Sheila K. Oberto*                    
                                           UNITED STATES MAGISTRATE JUDGE