MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
SHEA J. KENNY
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP PETERSON,<br><br>Defendant. | CASE NO. 1:18-CR-00074 LJO-SKO<br><br>STIPULATION AND ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL AND/OR MOTION FOR NEW TRIAL<br><br>DATE: December 16, 2019<br>TIME: 10:30 a.m.<br>JUDGE: Hon. Lawrence J. O'Neill |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on December 16, 2019 at 10:00 a.m.

2. On October 2, 2019, the defendant filed a motion for judgment of acquittal and/or motion for new trial, noticing the motion for December 16, 2019, at 10:30 a.m., which is the day set for sentencing.

3. On October 7, 2019, the government ordered the trial transcript from the court reporter for the September 18-19, 2019 trial. The trial transcript will be prepared within 14 days per

1

the government's transcript order.

4. The government plans to cite to and attach portions of the transcript in order to fully respond to the defendant's motion. The defendant may also supplement his motion with citations to the record when the transcript is available.

5. The parties have agreed, subject to the approval of the Court, to extend the government's time period to respond to the defendant's motion and to otherwise extend the briefing schedule for the motion for judgment of acquittal and/or motion for new trial as follows: **Government's response to motion for judgment of acquittal and/or motion for new trial due on or before November 8, 2019; Defendant's reply (if any) to the government's response due on or before November 22, 2019**. The date of sentencing, informal objections and formal objections would remain unchanged.

IT IS SO STIPULATED

DATED: October 8, 2019

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

DATED: October 8, 2019

/s/David Balakian
DAVID BALAKIAN
Counsel for Defendant
PHILLIP PETERSON

**O R D E R**

IT IS SO ORDERED.

Dated: **October 8, 2019**          /s/ Lawrence J. O'Neill
                                   UNITED STATES CHIEF DISTRICT JUDGE