David V. Balakian, SBN 166749
BALAKIAN LAW OFFICES
1060 Fulton Street, Suite 810
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>PHILLIP PETERSON,<br><br>   Defendant | Case No.: 1:18-CR-00074 LJO-SKO<br><br>STIPULALTION AND ORDER RE BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR JUDGMENT OF ACQUITTAL AND/OR MOTION FOR NEW TRIAL<br><br>Date: December 16, 2019<br>Time: 10:30 a.m.<br>Dept: Hon. Lawrence J. O'Neill |

THE PARTIES HEREBY STIPULATE AND AGREE to extend defendant's time period to file a reply brief in this matter from November 22, 2019, to November 29, 2019.

The date of sentencing, informal objections and formal objections would remain unchanged.

Dated: November 21, 2019.   /s/ DAVID BALAKIAN
                            David Balakian,
                            Attorney for Defendant,
                            PHILLIP PETERSON

Dated: November 21 2019.    /s/ HENRY CARBAJAL III
                            Henry Carbajal III,
                            Assistant U.S. Attorney.

**ORDER**

IT IS SO ORDERED.

Dated:   **November 21, 2019**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES CHIEF DISTRICT JUDGE